SYLVIA ABOWITZ, an Infant, by JACOB ABOWITZ, Her Guardian ad Litem, Respondent, v. MORRIS GHERSIN, Appellant.*— Judgment affirmed, with costs. No opinion. Young, Seeger and Carswell, JJ., concur; Lazansky, P. J., and

* Affd., 253 N. Y. ——.

Hagarty, J., dissent and vote to reverse upon the ground that defendant's representative acted beyond the scope of his duties.